NO. 07-09-0146-CV

 

IN THE COURT OF
APPEALS

 

FOR THE SEVENTH
DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL A

 

FEBRUARY 9, 2010

 

____________________________

 

IN THE MATTER OF THE
MARRIAGE OF

LEANNE FARRELL
COLLIER AND ROBERT GREG COLLIER

AND IN THE INTEREST
OF R.C.C., A CHILD

_____________________________

 

FROM THE 99TH
DISTRICT COURT OF LUBBOCK COUNTY; 

 

NO. 2007-539,120;
HONORABLE WILLIAM C. SOWDER, JUDGE

_______________________________

 

 

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 

 

ORDER ON COUNSEL’S MOTION TO WITHDRAW

 

            Pending
before this Court is a Motion for Withdrawal of Counsel filed by counsel for
appellant, Robert Greg Collier.  By the
motion, Robert Collier’s attorneys represent that a conflict of interest has
arisen in their representation of Collier that requires counsel to
withdraw.  See Tex. Disciplinary R. Prof’l Conduct 1.09.

            The
motion substantially complies with Rule 6.5(a) of the Texas Rules of Appellate
Procedure and recites that a copy of the motion was delivered to Collier at his
last known address, as required by subsection (b).  Accordingly, the motion to withdraw is
granted.  Counsel for appellant is
directed to immediately notify Collier, in writing, of any deadlines or
settings that counsel knows about at the time of withdrawal but that were not
previously disclosed to Collier.  See
Tex. R. App. P. 6.5(c).  A copy of counsel’s notice must be filed with
the Clerk of this Court on or before February 16, 2010.  Id.

            Appellant
is ordered to either have newly retained counsel make an appearance in this
appeal or certify to this Court that he desires to proceed without counsel on
or before March 2, 2010.  As appellant’s
brief has already been filed, leave of court must be sought for any
supplementation or amendment of that brief.

 

                                                                                                Per
Curiam